# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE C. PAPPAS, | |
| Plaintiff(s), | Case No. 2:13-cv-00607-APG-NJK |
| vs. | ORDER SETTING HEARING ON MOTION TO WITHDRAW |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | (Docket No. 22) |
| Defendant(s). | |

Pending before the Court is Plaintiff's counsel's motion to withdraw as attorney, which is unopposed by Defendants. Docket No. 22. The Court hereby sets a hearing on that motion for October 29, 2013, at 11:00 a.m. in Courtroom 3C. Plaintiff and his withdrawing counsel are required to attend the hearing. There will be no exception to that requirement.

The Court further orders Plaintiff's counsel to serve this order on Plaintiff no later than October 18, 2013, and to file a proof of service with the Court no later than October 19, 2013.

IT IS SO ORDERED.

DATED: October 16, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge