# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| GEORGE PAPPAS, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 2:13-cv-00607-APG-NJK |
| | ) | |
| vs. | ) | ORDER GRANTING MOTION |
| | ) | TO WITHDRAW AS COUNSEL |
| LAS VEGAS METROPOLITAN | ) | |
| POLICE DEPARTMENT, et al., | ) | (Docket No. 22) |
| | ) | |
| Defendant(s). | ) | |

Pending before the Court is a motion to withdraw as counsel filed by Plaintiff's attorneys. Docket No. 22. Plaintiff has filed a response. Docket No. 25. The Court set a hearing for that motion for October 29, 2013. Docket No. 23. The Court finds that the motion is properly resolved without a hearing, *see* Local Rule 78-2, and hereby **VACATES** the hearing. For good cause shown and for the reasons discussed below, the motion to withdraw is hereby **GRANTED**.

The motion seeks withdrawal as counsel based on the fact that Plaintiff's attorneys no longer represent Plaintiff. *See* Docket No. 22 at 1. The motion further explains that the opposing counsel has no objection to the withdrawal and that granting the motion should not lead to any delay of this case. *Id.* Plaintiff's response attaches the letter terminating that relationship and providing the reasons for doing so. *See* Docket No. 25 at 2. Although not entirely clear, Plaintiff opposes the motion on the ground that Plaintiff's counsel is superb and he anticipates difficulty in finding other attorneys. *See id.* at 5. Having considered all of the arguments presented, the Court finds good cause to grant the motion to withdraw.

The Court reminds Plaintiff that parties appearing without counsel are required to abide by the rules and orders of the Court. *See, e.g.*, *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995). Failure to abide by the rules and/or orders of the Court may result in severe sanctions, including dismissal of a party's claims. The Court further reminds Plaintiff that the undersigned and her staff are not able to give her legal advice and Plaintiff is not to contact the undersigned's chambers.

IT IS FURTHER ORDERED that the Clerk of the Court shall:

1. Add the last known address of Plaintiff to the civil docket:

   GEORGE PAPPAS
   8212 Boseck Dr.
   Las Vegas, Nevada 89145

2. Serve Plaintiff with a copy of this order at its last known addresses listed above.

IT IS SO ORDERED.

DATED: October 25, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge