UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| GEORGE C. PAPPAS, | ) | |
| Plaintiff(s), | ) | Case No. 2:13-cv-00607-APG-NJK |
| vs. | ) ) | ORDER DENYING MOTION TO RECONSIDER |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | ) ) | (Docket No. 27) |
| Defendant(s). | ) ) | |

Pending before the Court is Plaintiff's motion opposing the Court's order vacating the hearing set for October 29, 2013. Docket No. 27; *see also* Docket No. Docket No. 26 (vacating hearing and granting counsel's motion to withdraw). The Court construes the motion as a request that the undersigned reconsider her prior order. "All motions may, <u>in the Court's discretion</u>, be considered and decided with or without a hearing." Local Rule 78-2 (emphasis added). Having reviewed the materials submitted by Plaintiff and his attorneys, the Court properly exercised its discretion in vacating the hearing on the motion to withdraw as counsel. Accordingly, the motion for reconsideration is hereby **DENIED**.

IT IS SO ORDERED.

DATED: October 29, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge