1
2
3
4
5
6
7                          **UNITED STATES DISTRICT COURT**
8                              **DISTRICT OF NEVADA**
9

10   GEORGE C. PAPPAS,                    )
                                          )
11                 Plaintiff(s),          )        Case No. 2:13-cv-00607-APG-NJK
                                          )
12   vs.                                  )        ORDER DENYING MOTIONS TO
                                          )        RECUSE AND FOR
13   LAS VEGAS METROPOLITAN               )        RECONSIDERATION
     POLICE DEPARTMENT, et al.,           )
14                                        )        (Docket Nos. 39, 40)
                   Defendant(s).          )
15   _____ )

16          Pending before the Court are two motions filed by Plaintiff.  First, Plaintiff has filed a

17   motion for the undersigned to recuse herself from this case.  *See* Docket No. 40.  Plaintiff argues that

18   recusal is warranted because the undersigned vacated the hearing on his attorney's motion to

19   withdraw and granted the motion upon a showing of good cause. *Id.* at 2.  A party's disagreement

20   with the Court's rulings is not a sufficient basis for recusal.  *See United States v. Chischilly*, 30 F.3d

21   1144, 1149-50 (9th Cir. 1994); *see also Liteky v. United States*, 510 U.S. 540, 555 (1994) ("judicial

22   rulings alone almost never constitute a valid basis for a bias or partiality motion").  "[O]pinions

23   formed by the judge on the basis of facts introduced or events occurring in the course of the current

24   proceedings, or of prior proceedings, do not constitute a basis for a bias or partiality motion unless

25   they display a deep-seated favortism or antagonism that would make fair judgment impossible."

26   *Liteky*, 510 U.S. at 555.  Here, the Court found good cause for the withdrawal of counsel, and also

27   determined in its discretion that a hearing was not required.  *See* Docket No. 26.  The Court discerns

28   nothing in that order requiring recusal.  Accordingly, the motion to recuse is hereby DENIED.

Plaintiff also filed a motion to reconsider the Court's order at Docket No. 26 granting the motion to withdraw and vacating the hearing on that motion. *See* Docket No. 39. This is the second motion to reconsider that order. *See* Docket No. 29. The pending motion to reconsider does not provide sufficient grounds to reconsider the prior order, *see, e.g.*, *Kabo Tools Co. v. Porauto Indus. Co., Ltd.*, 2013 U.S. Dist. Lexis 156928, *6 (D. Nev. Oct. 31, 2013) (outlining standards for motions for reconsideration), and for the reasons already stated, the Court finds that its prior order was correct. Accordingly, the motion for reconsideration is hereby DENIED.

IT IS SO ORDERED.

DATED:  December 23, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

2