# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE C. PAPPAS,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>LAS VEGAS METROPOLITAN<br>POLICE DEPARTMENT., et al,<br><br>　　　　　　Defendant(s). | Case No. 2:13-cv-00607-APG-NJK<br><br>**ORDER GRANTING MOTION<br>TO QUASH**<br><br>(Docket No. 44) |

　　　　Pending before the Court is a motion to quash a supboena, filed by Amanda Connor on August 15, 2014. Docket No. 44. The deadline to file a response to that motion has now passed. *See* Local Rule 7-2(b). To date, the Court has not received any response opposing the motion, which the Court deems as consent to the granting of the motion. *See* Local Rule 7-2(d). Accordingly, the motion to quash the subpoena is hereby **GRANTED**.

　　　　IT IS SO ORDERED.

　　　　Dated: September 8, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE