# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GEORGE C. PAPPAS, | Case No. 2:13-cv-00607-APG-NJK |
| Plaintiff, | |
| v. | **ORDER ON OBJECTIONS** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | (Dkt. #46) |
| Defendants. | |

Plaintiff George C. Pappas objects to the Magistrate Judge's Order (Dkt. #45) granting a motion to quash a subpoena. The Magistrate Judge's order is not clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A). Pappas did not respond to the motion and he therefore consented to the motion being granted. Local Rule 7-2(d). Moreover, this lawsuit already had been dismissed at the time the motion to quash was filed. Finally, Pappas does not dispute the representation in the motion to quash that the respondent to the subpoena already had provided copies of the requested documents.

IT IS THEREFORE ORDERED that plaintiff George C. Pappas's objections (Dkt. #46) are OVERRULED.

DATED this 13th day of April, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE